922 A.2d 707

IN THE MATTER OF RUSSELL G. CHEEK, AN ATTORNEY AT LAW.

May 23, 2007.

## ORDER

The Supreme Court having ordered on March 22, 2007, that **RUSSELL G. CHEEK** of **TOMS RIVER**, provide the Office of Attorney Ethics with certain records and that his failure to do so would result in his immediate temporary suspension from practice, and the Office of Attorney Ethics having reported that respondent has failed to comply with the Order of the Court, and good cause appearing;

It is ORDERED that **RUSSELL G. CHEEK** of **TOMS RIVER** is hereby temporarily suspended from the practice of law, effective immediately and until the further Order of the Court; and it is further

ORDERED that **RUSSELL G. CHEEK** be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20 dealing with suspended attorneys.